File Hashes for IP Address 134.228.64.236

**ISP:** Buckeye Cablevision
**Physical Location:** Sandusky, OH

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/07/2015 18:04:43 | F2F70BFD98F6103A7D155AF306549E426EE47896 | Manny |

**Total Statutory Claims Against Defendant: 1**

EXHIBIT A

NOH146